IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEVIN WILKE,

        Plaintiff,

v.

JANE DOE NURSES, *et al.*,

        Defendants.

ORDER

14-cv-619-wmc

---

Plaintiff Kevin Wilke has filed this proposed civil action pursuant to 42 U.S.C. § 1983, alleging that he has been denied adequate medical care in violation of his constitutional rights. The violations outlined in the complaint allegedly occurred at the Waushara County Jail, where Wilke is incarcerated and the individual defendants are employed. As a result, this case should have been brought in the United States District Court for the Eastern District of Wisconsin, *see* 28 U.S.C. §§ 130(a), 1391(b), where Waushara County is located and the incidents giving rise to the complaint occurred. For the convenience of the parties and any potential witnesses, the court will exercise its authority under 28 U.S.C. §§ 1404(a), 1406(a), and transfer this case to the Eastern District of Wisconsin.

ORDER

IT IS ORDERED that this case is transferred to the Eastern District of Wisconsin.

Entered this 16th day of September, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge