UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN L. WILKE,

    Plaintiff,

v.                      Case No. 14-cv-1144-pp

TANYA SHAW, individually;
SANDRA GEISTER, individually;
and THE ESTATE OF TEODORO P. ROMANA, JR.,
by its Personal Representative, Teresita Romana,

    Defendants.

---

**ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 142) AND DISMISSING CASE**

---

On June 5, 2019, the parties filed a stipulation of dismissal. Dkt. No. 142. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** in its entirety, with prejudice, with each party to bear its own costs, expenses and attorney fees.

Dated in Milwaukee, Wisconsin this 20th day of June, 2019.

                      **BY THE COURT:**

                      _____
                      **HON. PAMELA PEPPER**
                      **United States District Judge**